RAYMOND P. BOLAÑOS, #142069
AT&T Services, Inc. Legal Dept.
525 Market Street, 20th Floor
San Francisco, California 94105
Tel: (415) 778-1357
Fax: (415) 882-4458
Email: raymond.bolanos@att.com

Attorneys for Plaintiffs
Pacific Bell Telephone Company; BellSouth Telecommunications, LLC; Illinois Bell Telephone Company; Indiana Bell Telephone Company, Incorporated; Michigan Bell Telephone Company; Nevada Bell Telephone Company; The Ohio Bell Telephone Company; Southwestern Bell Telephone Company; and Wisconsin Bell, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Bell Telephone Company, BellSouth Telecommunications, LLC, Illinois Bell Telephone Company, Indiana Bell Telephone Company, Incorporated, Michigan Bell Telephone Company, Nevada Bell Telephone Company, The Ohio Bell Telephone Company, Southwestern Bell Telephone Company, and Wisconsin Bell, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> PG & H Communication, Inc., <br><br> Defendant. | Case No: 3:15-cv-0079-EMC <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO DEFENDANT'S COUNTERCLAIM |

Plaintiffs, the AT&T ILECs[1] ("the AT&T ILECs") move the Court for an Order granting their Unopposed Motion for Extension of Time to File a Responsive Pleading to Defendant's Counterclaim pursuant to Local Rule 6-3. For good cause shown, Plaintiff's Motion for

1  Extension of Time to File a Responsive Pleading is hereby GRANTED.

2

3  IT IS SO ORDERED:

4  Dated: ___6/18/15_____    THE HONORABLE EDWARD M. CHEN

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

---

[1] Pacific Bell Telephone Company, BellSouth Telecommunications, LLC, Illinois Bell Telephone Company, Indiana Bell Telephone Company, Incorporated, Michigan Bell Telephone Company, Nevada Bell Telephone Company, The Ohio Bell Telephone Company, Southwestern Bell Telephone Company, and Wisconsin Bell, Inc.