**LiLaw Inc.**, a law corporation
J. James Li, Ph.D. (SBN 202855)
5050 El Camino Real, Suite 200
Los Altos, California 94022
Telephone: (650) 521-5956
Facsimile: (650) 521-5955
Email: lij@lilaw.us

Attorney for Defendant PG&H Communications, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Pacific Bell Telephone Company, BellSouth Telecommunications, LLC, Illinois Bell Telephone Company, Indiana Bell Telephone Company, Incorporated, Michigan Bell Telephone Company, Nevada Bell Telephone Company, The Ohio Bell Telephone Company, Southwestern Bell Telephone Company, and Wisconsin Bell, Inc., <br>　　　　Plaintiffs, <br>　　vs. <br>PG&H Communications, Inc., <br>　　　　Defendant. | Case No. 3:15-cv-00739 EMC <br><br> **CONSENTED REQUEST FOR ORDER PERMITTING LILAW INC. TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT PG&H COMMUNICATIONS, INC.;** <br><br> ~~PROPOS~~**ED ORDER** (modified) |



**REQUEST TO WITHDRAW**

Pursuant to Civ. L.R. 11-5, LiLaw Inc. hereby requests that the Court permit it to withdraw as counsel for Defendant PG&H Communications, Inc. ("PG&H").  PG&H consents to the withdrawal, as shown by its signature below.

The withdrawal is due to a dispute over attorney fees and also due to irreconcilable differences between LiLaw and PG&H over the management of the case.

Papers of the case may be served on the following address after LiLaw's withdrawal:

>Ying Su (ying.supgh@gmail.com)
>PG & H Communications, Inc.
>3165 GARRETSON AVE
>Corona, CA 92881

DATED:  June 24, 2015        **LiLaw Inc.**

By   /s/ J. James Li

J. James Li, Ph.D.
Attorney for Defendant PG&H Communications, Inc.

**CLIENT'S CONSENT**

PG&H Communications, Inc. hereby consents to LiLaw Inc.'s withdrawal as its counsel of record in this case.

DATED:  June 24, 2015        **PG & H Communications, Inc.**

By   **Signature On Next Page**

Ying Su
Chief Executive Officer



1    Case No. 3:15-cv-00739 EMC
CONSENTED REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL

## REQUEST TO WITHDRAW

Pursuant to Civ. L.R. 11-5, LiLaw Inc. hereby requests that the Court permit it to withdraw as counsel for Defendant PG&H Communications, Inc. ("PG&H"). PG&H consents to the withdrawal, as shown by its signature below.

The withdrawal is due to a dispute over attorney fees and also due to irreconcilable differences between LiLaw and PG&H over the management of the case.

Papers of the case may be served on the following address after LiLaw's withdrawal:

Ying Su (ying.supgh@gmail.com)

PG & H Communications, Inc.

3165 GARRETSON AVE

Corona, CA 92881

DATED: June 24, 2015                              LILAW INC.

By   /s/ J. James Li
     _____

J. James Li, Ph.D.
Attorney for Defendant PG&H Communications, Inc.

## CLIENT'S CONSENT

PG&H Communications, Inc. hereby consents to LiLaw Inc.'s withdrawal as its counsel of record in this case.

DATED: June 24, 2015                              PG & H COMMUNICATIONS, INC.

## ~~PROPOS~~ED ORDER

LiLaw Inc. is hereby permitted to withdraw from the case as counsel of record for Defendant PG & H Communications, Inc.  The case should be stayed for 30 days from the date of this Order to allow Defendant to look for new counsel.

```
Defendant is advised that (1) it cannot appear
pro per in this litigation and (2) it can be
sanctioned with an entry of default should it
fail to timely make an appearance through an
attorney. The 7/16/15 CMC is reset for 8/27/15
at 9:30 a.m.  A joint CMC Statement shall be filed
                                     by 8/20/15.
```

DATED: 6/30/15

Hon. Edward M. Chen
U.S. District Judge



IT IS SO ORDERED
AS MODIFIED



2    Case No. 3:15-cv-00739 EMC
CONSENTED REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL