United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC BELL TELEPHONE COMPANY, *et al.*,

    Plaintiffs,

v.

PG&H COMMUNICATION, INC.,

    Defendant.
_____/

No. C-15-0739-EMC

**ORDER TO SHOW CAUSE**

Plaintiffs (various "Bell" telephone companies) initiated this action against Defendant PG&H Communication, Inc. ("PG&H") in February 2015. In March 2015, PG&H filed a motion to dismiss. *See* Docket No. 10 (order). The Court struck the motion to dismiss from the record because it was filed on behalf of PG&H by an individual who is not an attorney. *See* Docket No. 19 (order). In the same order, the Court advised PG&H that not only could it not appear pro per in this lawsuit but that it could also be sanctioned with an entry of default and default judgment should it fail to timely make an appearance through an attorney. *See* Docket No. 19 (order).

    Subsequently, PG&H hired counsel to represent it. PG&H then filed an answer to Plaintiffs' complaint as well as counterclaims of its own. *See* Docket No. 23 (answer and counterclaims). In June 2015, however, counsel for PG&H asked for permission to withdraw, and the Court permitted such. The Court also stayed the case until July 30, 2015, so that PG&H could obtain counsel. The Court again emphasized for PG&H that it could not appear pro per and that it could be sanctioned with an entry of default for failure to timely make an appearance through an attorney. *See* Docket No. 28 (order).

On July 8, 2015, Plaintiffs filed a motion to dismiss the counterclaims. *See* Docket No. 33 (motion). The timing of the motion was improper given the Court's stay of proceedings. Nevertheless, at this point, the stay has now expired – by approximately two weeks – and PG&H has not made any comment about the motion to dismiss the counterclaims, nor has it had an attorney make an appearance on its behalf.

Under the above circumstances, the Court hereby orders as follows.

The hearing on Plaintiffs' motion to dismiss (September 3, 2015) is temporarily **VACATED**. PG&H is ordered to show cause as to why its counterclaims should not be dismissed. In addition, PG&H is ordered to show cause as to why a default should not be entered against it based on its failure to have an attorney appear in the case to represent it.

**PG&H's response to the order to show cause shall be filed by September 10, 2015. The Court forewarns PG&H that, if it fails to have an attorney timely file a response to this order to show cause, the Court shall (1) dismiss PG&H's counterclaims and (2) enter a default against PG&H with respect to the claims asserted by Plaintiffs. Plaintiffs shall then have leave to file a motion for default judgment against PG&H, consistent with the relief sought in their complaint.**

IT IS SO ORDERED.

Dated: August 17, 2015

_____
EDWARD M. CHEN
United States District Judge