**United States District Court**
For the Northern District of California

1

2

3

4

5                         UNITED STATES DISTRICT COURT

6                        NORTHERN DISTRICT OF CALIFORNIA

7

8    PACIFIC BELL TELEPHONE                    No. C-15-0739-EMC
     COMPANY, *et al.*,
9
               Plaintiffs,
10                                             **ORDER RE DEFENDANT'S LETTER**
                                               **OF AUGUST 21, 2015**
11          v.
                                               **(Docket No. 42)**
     PG&H COMMUNICATION, INC.,
12
               Defendant.
13   _____/

14

15

16          Plaintiffs (various "Bell" telephone companies) initiated this action against Defendant

17   PG&H Communication, Inc. ("PG&H") in February 2015.  On August 17, 2015, the Court issued an

18   order to show cause to PG&H – instructing it to explain (no later than September 10, 2015) (1) why

19   its counterclaims should not be dismissed and (2) why a default should not be entered against it

20   based on its failure to have an attorney appear in the case to represent it.  Later the same day, the

21   parties filed a notice requesting an early settlement conference with a magistrate judge.  *See* Docket

22   No. 39.  Because of that request, the Court's ADR unit subsequently set a telephone conference for

23   September 28, 2015.  *See* Docket No. 41.

24          Ying Su, a nonattorney purporting to act on PG&H's behalf, has now sent a letter to the

25   Court.  Ying Su asks the Court to postpone PG&H's response to the order to show cause until some

26   time after the September 28 ADR telephone conference.  Ying Su seems to concede that PG&H will

27   be forced to default if there is no settlement of the case, if only because it does not have the finances

28   needed to hire an attorney to defend the case.

Taking into account Ying Su's letter, as well as all other evidence of record, the Court hereby **GRANTS** PG&H an extension of time to respond to the order to show cause.  The Court shall temporarily defer setting a new date for the response to be filed.  No later than October 5, 2015 (*i.e.*, a week after the ADR telephone conference), the parties shall file a joint statement with the Court providing an update as to the status of ADR.

IT IS SO ORDERED.

Dated:  August 26, 2015

_____
EDWARD M. CHEN
United States District Judge

United States District Court

For the Northern District of California

2