RAYMOND P. BOLAÑOS, #142069
AT&T Services, Inc. Legal Department
430 Bush Street, 1st Floor
San Francisco, California 94108
Tel: (510) 645-4702
Fax: (415) 543-0418
Email: raymond.bolanos@att.com

DEMETRIOS G. METROPOULOS
   (pro hac vice)
   demetro@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60614
Telephone: (312) 782-0600
Facsimile:   (312) 701-7711

Attorneys for Plaintiffs
Pacific Bell Telephone Company; BellSouth Telecommunications, LLC; Illinois Bell Telephone Company; Indiana Bell Telephone Company, Incorporated; Michigan Bell Telephone Company; Nevada Bell Telephone Company; The Ohio Bell Telephone Company; Southwestern Bell Telephone Company; and Wisconsin Bell, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Pacific Bell Telephone Company, BellSouth Telecommunications, LLC, Illinois Bell Telephone Company, Indiana Bell Telephone Company, Incorporated, Michigan Bell Telephone Company, Nevada Bell Telephone Company, The Ohio Bell Telephone Company, Southwestern Bell Telephone Company, and Wisconsin Bell, Inc.,<br>　　　　　　Plaintiffs,<br>　v.<br>PG & H Communications, Inc.,<br>　　　　　　Defendants. | Case No. 3:15-cv-00739-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom 5, 17th Floor |

Plaintiffs Pacific Bell Telephone Company, BellSouth Telecommunications, LLC, Illinois Bell Telephone Company, Indiana Bell Telephone Company, Incorporated, Michigan Bell Telephone Company, Nevada Bell Telephone Company, The Ohio Bell Telephone Company, Southwestern Bell Telephone Company, and Wisconsin Bell, Inc. (collectively referred to as the "AT&T ILECs") and Defendant PG & H Communications, Inc. ("PG & H") submit their Joint Case Management Statement pursuant to the Court's Order dated October 5, 2015. The AT&T ILECs and PG & H will be collectively referred to as "the Parties."

On November 19, 2015, the Parties appeared for a private mediation with Dennis Wagner. The Parties have resolved their differences and are in the process of executing a Confidential Settlement Agreement. The Parties, therefore, request that the Court postpone the Case Management Conference, which is scheduled for December 10, 2015, and allow the parties until December 31, 2015 to file a Stipulation of Dismissal, without prejudice.

Dated:  December 3, 2015            AT&T Services, Inc. Legal Department

By:   *Raymond P. Bolaños*
      Raymond P. Bolaños

      Attorneys for Plaintiffs

      Pacific Bell Telephone Company, BellSouth Telecommunications, LLC, Illinois Bell Telephone Company, Indiana Bell Telephone Company, Incorporated, Michigan Bell Telephone Company, Nevada Bell Telephone Company, The Ohio Bell Telephone Company, Southwestern Bell Telephone Company, and Wisconsin Bell, Inc.

Plaintiffs' Co- Counsel:

Demetrios G. Metropoulos
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
demetro@mayerbrown.com

By: *Ying Su*
Ying Su

Registered Agent for PG & H Communication, Inc.

```
IT IS SO ORDERED.  The 12/10/15 CMC is reset for
1/28/16 at 9:30 a.m.  An updated joint CMC
statement shall be filed by 1/21/16.  The 1/28/16
CMC will be vacated once a stipulation for dismissal
is filed.
_____
Edward M. Chen
U.S. District Judge
```

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA