RAYMOND P. BOLAÑOS, #142069
AT&T Services, Inc. Legal Department
360 Bush Street, 1st Floor
San Francisco, California 94108
Tel: (510) 645-4702
Fax: (415) 543-0418
Email: raymond.bolanos@att.com

DEMETRIOS G. METROPOULOS
  (pro hac vice application submitted)
  demetro@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60614
Telephone: (312) 782-0600
Facsimile:   (312) 701-7711

Attorneys for Plaintiffs

Pacific Bell Telephone Company; BellSouth Telecommunications, LLC; Illinois Bell Telephone Company; Indiana Bell Telephone Company, Incorporated; Michigan Bell Telephone Company; Nevada Bell Telephone Company; The Ohio Bell Telephone Company; Southwestern Bell Telephone Company; and Wisconsin Bell, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Pacific Bell Telephone Company, BellSouth Telecommunications, LLC, Illinois Bell Telephone Company, Indiana Bell Telephone Company, Incorporated, Michigan Bell Telephone Company, Nevada Bell Telephone Company, The Ohio Bell Telephone Company, Southwestern Bell Telephone Company, and Wisconsin Bell, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> PG & H Communications, Inc., <br><br> Defendants. | Case No. 3:15-CV-00739-EMC <br><br> **STIPULATION AND (PROPOSED) ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action that the entire above-captioned action, and all claims and counterclaims therein, be dismissed without prejudice, pursuant to FRCP 41.

IT IS FURTHER STIPULATED that each party shall bear its own attorney's fees, expenses, and costs of suit expended in this action.

Dated: January ___, 2016          AT&T Services, Inc. Legal Department

By:  *Raymond P. Bolaños*
     Raymond P. Bolaños

Attorneys for Plaintiffs

Pacific Bell Telephone Company, BellSouth Telecommunications, LLC, Illinois Bell Telephone Company, Indiana Bell Telephone Company, Incorporated, Michigan Bell Telephone Company, Nevada Bell Telephone Company, The Ohio Bell Telephone Company, Southwestern Bell Telephone Company, and Wisconsin Bell, Inc.

Dated: January 8, 2016           PG & H Communication, Inc.

By:  _____
     Ying Su

1     IT IS HEREBY STIPULATED by and between the parties to this action, that the entire
2 above-captioned action, and all claims and counterclaims therein, be dismissed without
3 prejudice, pursuant to FRCP 41.
4     IT IS FURTHER STIPULATED that each party shall bear its own attorney's fees,
5 expenses, and costs of suit expended in this action.

6
7 Dated:  February 8, 2016          AT&T Services, Inc. Legal Department
8
9                                 By:   *Raymond P. Bolaños*
                                          Raymond P. Bolaños
10
11                                            Attorneys for Plaintiffs
12                                            Pacific Bell Telephone Company, BellSouth
13                                            Telecommunications, LLC, Illinois Bell
Telephone Company, Indiana Bell Telephone
14                                            Company, Incorporated, Michigan Bell Telephone
Company, Nevada Bell Telephone Company, The
Ohio Bell Telephone Company, Southwestern Bell
15                                            Telephone Company, and Wisconsin Bell, Inc.

16
17 Dated: January ____, 2016         PG & H Communication, Inc.
18
19                                 By: _____
20                                     Ying Su

21
22
23
24
25
26
27
28

ORDER

Based on the Stipulation of the parties, AND GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that this matter be, and is hereby dismissed without prejudice, each party to bear its own attorney's fees, expenses, and costs of suit.

IT IS FURTHER ORDERED that pursuant to the parties' stipulation and settlement agreement, the Court shall retain jurisdiction solely to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED:

Dated: February __9__, 2016

IT IS SO ORDERED

Judge Edward M. Chen

- 2 -